**No. 50688.**—Protest 976556–G of Mutual Supply Co. (San Francisco).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Mutual Supply Co.* v. *United States* (12 Cust. Ct. 136, C. D. 842), the claim at 25 percent under paragraph 775 was sustained.

**No. 50689.**—Protests 111582–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the merchandise was held entitled to free entry as claimed.

**No. 50690.**—Protests 113948–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the merchandise was held entitled to free entry as claimed.

**No. 50691.**—Protests 113955–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the merchandise was held entitled to free entry as claimed.

**No. 50692.**—Protests 113959–K, etc., of C. J. Tower & Sons (Buffalo).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the merchandise was held entitled to free entry as claimed.

**No. 50693.**—Protests 114445–K, etc., of W. F. Mackay et al. (Pembina).

Opinion by CLINE, J. It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919). In accordance therewith the merchandise was held entitled to free entry as claimed.